IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00285-KLM

PEDRO UCPECH,

    Plaintiff,

v.

CHEZ THUY CORPORATION, d/b/a Chez Thuy Restaurant, and
THUY LE, an individual,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte. Due to a scheduling conflict,

    IT IS HEREBY **ORDERED** that the Final Pretrial/Trial Preparation/Jury Instructions Conference set for September 30, 2022, at 1:30 p.m. is **MOVED** to **9:30 a.m.** This is a time change only.

    Dated: July 28, 2022